LAW OFFICES OF
**Stephen G. Ralls, P.C.**
273 South Scott Avenue
Tucson, Arizona 85701
Telephone: (520) 884-1234
Facsimile: (520) 884-9687
E-Mail: Stephen.Ralls@azbar.org
Attorneys for Defendant Pita-Mota
By: Stephen G. Ralls, Arizona Bar #007772

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-01114-PHX-GMS |
| Plaintiff, | |
| v. | STIPULATION FOR SUBSTITUTION OF COUNSEL |
| JOSE LUIS PITA-MOTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Stephen G. Ralls and Baltazar Iniguez, attorney of record for Defendant Jose Luis Pita-Mota in the above captioned-matter, that Stephen G. Ralls, may be substituted for and in the place of Baltazar Iniguez as attorney of record in the above-named case. As indicated by his signature below, Defendant Jose Luis Pita-Mota consents to the substitution and both counsel acknowledge the requirements of the Rules of Criminal Procedure.

DATED this 15th day of April, 2010.

1
2
3
4  _____       _____
   Stephen G. Ralls                    Baltazar Iniguez
5  Attorney at Law                     Attorney at Law
   273 South Scott Avenue              3106 N. 16th St.
6  Tucson, Arizona 85701               Phoenix, Arizona 85016
   (520) 884-1234                      (602) 285-5688
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CONSENT

Defendant Jose Luis Pita-Mota consents to the substitution of Stephen G. Ralls in the place of Baltazar Iniguez as counsel of record in the above action.

*Jose Pita*
Jose Luis Pita-Mota

Certificate of Service

I hereby certify that on April 15, 2010 I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

james.morse@usdoj.gov

Client

By: RL
\SUBSTITUTION.STP